DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

BENJAMIN KINGSLEY (CABN 314192)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6937
    FAX: (415) 436-7234
    Benjamin.Kingsley@usdoj.gov

Attorneys for the United States of America

**FILED**

SEP 23 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: CR 18-009 WHA |
| Plaintiff, | STIPULATION TO UNSEAL AND [PROPOSED] ORDER |
| v. | |
| AUSTIN CABA, | |
| Defendant. | |

    The United States, by its undersigned counsel, and defendant, by his undersigned counsel, hereby stipulate and agree to the following:

    Because defendant was cooperating, the plea agreement in this case was originally filed under seal and sentencing was scheduled to be conducted under seal. Defendant's cooperation has completed and the parties agree that further sealing is unnecessary. The parties thus jointly request that the plea

//
//
//
//
//

STIPULATION TO UNSEAL AND [PROPOSED] ORDER

1 | agreement dated June 26, 2018, be unsealed, and that the sentencing hearing be unsealed as well.

2 |     IT IS SO STIPULATED.

3 | DATED: September 20, 2019

                                      BENJAMIN KINGSLEY
                                      Assistant United States Attorney

                                      GILBERT EISENBERG
                                      Counsel for Defendant Austin Caba

STIPULATION TO UNSEAL AND [PROPOSED] ORDER

# [PROPOSED] ORDER

Based upon the foregoing request, the Court hereby **ORDERS** that the plea agreement dated June 26, 2018, be unsealed, and that the sentencing hearing in this case be unsealed.

DATED: ~~July~~ ___, 2019
September 23, 2019

_____
HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

STIPULATION TO UNSEAL AND [PROPOSED] ORDER

|   | UNITED STATES DISTRICT COURT |
|---|---|
| 1 | |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |

| USA, | Case No.: 18-cr-00009-WHA-3 |
|---|---|
| Plaintiffs, | |
| v. | **CERTIFICATE OF SERVICE** |
| AUSTIN CABA, | |
| Defendants. | |

I, the undersigned, hereby certify that:

(1) I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California; and

(2) On 9/23/2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's office.

Benjamin Kingsley
United States Attorney's Office Criminal Division
450 Golden Gate Ave
11th Floor
San Francisco, CA 94102

Gilbert Eisenberg
Law Offices of Gilbert Eisenberg
819 Eddy Street
San Francisco, CA 94109

Dated: 9/23/2019

Susan Y. Soong
Clerk, United States District Court

By: /s/ Theresa Hoang
Theresa Hoang, Deputy Clerk to
the Honorable William Alsup

Service_Certificate_CRD
rev. August 2018